# EXHIBIT H

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

October 9, 2024

**Control Number: COW2024007364**

Kathryn Douglass
1601 Wewatta Street
Ste. 815
Denver, CO 80802

Dear Kathryn Douglass:

We received your request for information on October 4, 2024. Your request asked for: "1. The records referred to in the Instructor note on Slide 14 in the "I-918/I - 918A Instructor Guide I Revision: October 26, 2020" at I-918 Form Type Training, M03: Eligibility ("I-918/I-918A Instructor Guide"). Specifically, the Instructor note refers to "Federal Register handout Vol. 72 No 179" and "State Criminal Code Chart. ICE Tool. Ice Intranet page. View Legal Tools."

2. The records referenced on Slide 16 of the I-918/I-918 Instructor Guide including, but not limited to, the full-size and, if applicable, interactive "U.S. Map with Resource Links." Slide 16 specifically states VSC ECN>Humanitarian Family l>Reference Information.>US Map with resource links, and with the link, at that time, of: https://ecn.uscis.dhs.gov/
team/sco_vscNSC/AdjudicationsNAWA_T_U/_layouts/15NisioWebAcces
s.aspx?id=/team/sco_vscNSC/Adjudications/VAWA_T_U/Reference%20In
formation/US%20Map%20with%20resource%20links.vdw

Upon review, your request for the Federal Register handout Vol. 72 No 179 is made available online. You can access this link via this webpage:
https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwjzwq-
kq4GJAxWt78kDHaMzHz4QFnoECBIQAQ&url=https%3A%2F%2Fwww.govinfo.gov%2Fcontent%2F
pkg%2FFR-2007-09-17%2Fpdf%2FE7-
17807.pdf&usg=AOvVaw0PqcYYEEnGQvRoPBr7IXur&opi=89978449

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2024007364. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track (Track 2).

Your request for a fee waiver has been granted.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10 business day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10 business day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like

to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,



James A Baxley
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit