# EXHIBIT I

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

October 10, 2024

**Control Number: COW2024007365**

Kathryn Douglass
1601 Wewatta Street
Ste. 815
Denver, CO 80802

Dear Kathryn Douglass:

Your request was received in this office on October 4, 2024 regarding: "1. Specifically, the Instructor note refers to "Federal Register handout Vol. 72 No 179" and "State Criminal Code Chart. ICE Tool. Ice Intranet page. View Legal Tools."

2. The records referenced on Slide 16 of the I-918/I-918 Instructor Guide including, but not limited to, the full-size and, if applicable, interactive "U.S. Map with Resource Links." Slide 16 specifically states VSC ECN>Humanitarian Family l>Reference Information.>US Map with resource links, and with the link, at that time, of: https://ecn.uscis.dhs.gov/ team/sco_vscNSC/AdjudicationsNAWA_T_U/_layouts/15NisioWebAcces s.aspx?id=/team/sco_vscNSC/Adjudications/VAWA_T_U/Reference%20In formation/US%20Map%20with%20resource%20links.vdw."

After assessing your request for "State Criminal Code Chart. ICE Tool. Ice Intranet page. View Legal Tools", we determined that the responsive records are not under the purview of USCIS. If such records exist, they would be maintained under the jurisdiction of the following government agency:

Immigration and Customs Enforcement

Freedom of Information Act Office
500 12th Street, SW, Stop 5009
WashingtonDC 20536-5009

For your convenience, we have forwarded your request to that agency for consideration and direct reply to you. For additional information relating to the Department of Homeland Security (DHS) and its components, we encourage you to visit the DHS website at the following address: www.dhs.gov.

Sincerely,

James A Baxley
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit