# EXHIBIT K

**From:** ice-foia@ice.dhs.gov
**To:** Douglass, Kathryn
**Subject:** ICE FOIA 2025-ICFO-09708
**Date:** Wednesday, December 11, 2024 2:04:50 PM

12/11/2024

Kathryn Douglass
1601 Wewatta Street
Denver, Colorado 80202

RE: ICE FOIA Case Number 2025-ICFO-09708

Dear Requester:

This acknowledges receipt of your 12/9/2024, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for records pertaining to Slide 14 in the USCIS I-918/I-918A Instructor Guide. Your request was received in this office on 12/9/2024.

Upon initial review of your request, I have determined that the information you are seeking is under the purview of the U.S. Citizenship and Immigration Services (USCIS), a DHS component. Therefore, I am referring your request to the FOIA Officer for U.S. Citizenship and Immigration Services (USCIS) for processing and direct response to you. You may contact that office at National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or 1-800-375-5283. For any questions, you may contact USCIS via email at FOIAPAQuestions@uscis.dhs.gov.

Your request has been assigned reference number 2025-ICFO-09708. Please use this number in future correspondence. You may contact this office at (866) 633-1182. Our mailing address is 500 12th Street, S.W., Stop 5009, Washington, D.C. 20536-5009.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009