# EXHIBIT N

## Douglass, Kathryn

**From:** ice-foia@ice.dhs.gov <noreply@securerelease.us>
**Sent:** Tuesday, April 29, 2025 7:01 AM
**To:** Douglass, Kathryn
**Subject:** ICE FOIA 2025-ICAP-00133

04/28/2025

Kathryn Douglass
1601 Wewatta Street
Denver, Colorado 80202

RE: ICE FOIA Case Number 2025-ICAP-00133

Dear Requester:

This letter is the final response to your Freedom of Information Act (FOIA) Appeal on remand. You had appealed an adverse determination of your request dated 3/4/2025. You have requested ASISTA and ILRC respectfully request a copy of the ICE records that are referred to in the Instructor note on Slide 14 in the USCIS I-918/I-918A Instructor Guide. Specifically, the Instructor note refers to "State Criminal Code Chart. ICE Tool. Ice Intranet page. View Legal Tools."

ICE has conducted a search of the ICE Office of the Principal Legal Advisor (OPLA) for records responsive to your request and no records responsive to your request were found.

You have the right to appeal ICE's determination and should you wish to do so, please send your appeal following the procedures outlined in the DHS regulations at 6 Code of Federal Regulations § 5.9 and a copy of this letter to:

U.S. Immigration and Customs Enforcement
Office of Principal Legal Advisor
U.S. Department of Homeland Security
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

Your appeal must be received within 60 days of the date of this letter. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

If you have any questions please contact FOIA Public Liaison Daniel Edgington at (866) 633-1182 or 500 12th St., SW Stop 5009 Washington, DC 20536-5009.

Sincerely,

Angela Flores

Supervisory Paralegal Specialist