# EXHIBIT O

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Attn: FOIA/PA Appeals Office*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship and Immigration Services

**Control Number: APP2026000388**

February 12, 2026

Kathryn Douglass
1601 Wewatta Street
Ste. 815
Denver, CO 80202

Dear Kathryn Douglass:

Re: COW2024007365

You appealed the action of the National Records Center regarding your request for access to records pertaining to "State Criminal Code Chart, ICE Tool, Ice Intranet page, View Legal Tools" ; however, records of this nature are not under the purview of U.S. Citizenship and Immigration Services (USCIS).

If you wish to inquire about the records ICE is processing pursuant to your appeal, you may contact ICE at GILDFOIAAppeals@ice.dhs.gov. The ICE FOIA Appeals office mailing address is:

Office of the Principal Legal Advisor
Government Information Law Division
500 12th Street, S.W., Mail Stop 5900
Washington, D.C. 20536-5900

I am closing your appeal and will take no further action. If you wish to file a new FOIA request, you may do so online at www.uscis.gov/foia. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov/FOIA.

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

The Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202- 741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Sincerely,

Quan K. Luong, Office of Chief Counsel
U.S. Citizenship and Immigration Services