CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6474
    Facsimile:  (415) 436-6748
    sarah.balkissoon@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASISTA IMMIGRATION ASSISTANCE, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>    Defendants. | Case No. 3:26-cv-03454-RFL<br><br>**STIPULATION AND JOINT REQUEST TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA PURSUANT TO 28 U.S.C. § 1404(a); ORDER**<br><br>Honorable Rita F. Lin |

Pursuant to 28 U.S.C. § 1404(a), the parties hereby stipulate and jointly request that the Court transfer this case to the United States District Court for the District of Columbia. The District of Columbia is a proper venue for this action, the district where this action could have been brought, and all parties consent to transfer to that district. *see* 5 U.S.C. § 552(a)(4)(B) ("On complaint . . . the District of Columbia [] has jurisdiction.").

STIPULATION TO TRANSFER VENUE
NO. 3:26-cv-03454-RFL        1

DATED:  July 29, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Defendants

DATED: July 29, 2026

*/s/ John E. McCarthy, Jr.*
JOHN E. MCCARTHY, JR.

**Meghan R. McMeel**
Crowell & Moring LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
(415) 365-7365
Email: mmcmeel@crowell.com

**John E. McCarthy, Jr**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2579
Fax: (202) 628-5116
Email: jmccarthy@crowell.com
*PRO HAC VICE*

**Kathryn Ann Douglass**
Crowell & Moring LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
(303) 524-8654
Email: kdouglass@crowell.com
*PRO HAC VICE*

Attorneys for Plaintiffs

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIPULATION TO TRANSFER VENUE
NO. 3:26-cv-03454-RFL                    2

**ORDER**

Pursuant to 28 U.S.C. § 1404(a) and the parties' stipulation and joint request, the case is hereby transferred to the United States District Court for the District of Columbia. In light of this transfer, Defendants' Motion to Dismiss or Transfer Venue, Dkt. No. 21, is moot.

IT IS SO ORDERED.

DATED: July 31, 2026

_____
Honorable Rita F. Lin